■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES TAYLOR, Appellant.—Judgment, Supreme Court, New York County (Arnold Fraiman, J.), rendered on March 16, 1984, and judgment of resentence of said court (Shirley Levittan, J.), rendered on May 18, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on these appeals. Concur—Murphy, P. J., Sandler, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMERSON THURMAN, Appellant.—Judgment, Supreme Court, Bronx County (Burton Roberts, J.), rendered on September 10, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL TORRES, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on June 19, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Fein, Kassal and Ellerin, JJ.

■ ELLEN SAMUELS, Respondent, v GERSON WEISS, Appellant. —Order, Supreme Court, New York County (Alfred Ascione, J.), entered on March 6, 1985, unanimously affirmed for the reasons stated by Alfred Ascione, J., without costs and without disbursements. Concur—Kupferman, J. P., Sandler, Carro, Lynch and Kassal, JJ.